UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                        )<br>)<br>)<br>DEAN EMERSON FLAKE          ) | CR4:20-025 |

## FINAL ORDER OF FORFEITURE

Plaintiff, the United States of America, has moved this Court, pursuant to Federal Rules of Criminal Procedure 32.2(c) and 43(a), for a Final Order of in this ancillary proceeding against $975,138.79 seized from Wells Fargo account ending in 0895 (hereinafter, the "Subject Property").

On May 26, 2029, pursuant to a written plea agreement, Defendant Dean Emerson Flake (hereinafter, the "Defendant") pled guilty to Count One of the Indictment charging a violation of 18 U.S.C. § 1344, Bank Fraud.

Pursuant to his plea agreement, Defendant agreed to forfeit to the United States all rights, and interest in all assets seizure pursuant to 18 U.S.C. § 982(a)(7), which includes any property, real or personal, that constitutes or is derived directly or indirectly, from gross proceed traceable to the commission of the charged offense. Specifically, the Defendant agrees to forfeit his interest in all Subject Property.

Additionally, pursuant to his plea agreement, Defendant agreed to waive the requirements of Federal Rules of Criminal Procedure 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment without further order

of the Court.

The Government has represented that it has completed all third-party notice as required by Rules 32.2 and 43(a), and that the Defendant and all third-parties, including, their heirs, successors, and assigns, and all other persons and entities having any right, title, claim to or interest in the Subject Property have either conceded or otherwise failed to contest this forfeiture within the permitted statutory timeframe.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The United States' Motion for Final Order of Forfeiture is **GRANTED**;

2. The Subject Property is hereby forfeited to the United States of America, and all right, title, claim and interest to the Subject Property by the Defendant and/or any third-party, their heirs, successors, and assigns, and all other persons and entities are vested in the United States of America;

3. The Defendant and/or any third-party, their heirs, successors, and assigns, and all other persons and entities are forever barred from asserting a claim against the Subject Property;

4. The United States Marshals Service or an authorized designee shall make arrangements to dispose of the Subject Property according to law and regulatory procedures; and

5. The Clerk is hereby directed to enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure upon the same terms and condition as outlined in this Final Order of Forfeiture.

SO ORDERED, this 21st day of September 2020.

Date:_____

_____
HON. WILLIAM T. MOORE, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA